```
                              Case 1:17-cr-00438-VEC   Document 566-1   Filed 06/26/20   Page 1 of 4
    FTDUG               *       INMATE DISCIPLINE DATA          *       06-11-2020
  PAGE 001              *     CHRONOLOGICAL DISCIPLINARY RECORD *       08:34:47

  REGISTER NO: 69460-054 NAME..: ARAUJO, EDWIN
  FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 06-11-2020

  ------------------------------------------------------------------------------
  REPORT NUMBER/STATUS.: 3290305 - SANCTIONED INCIDENT DATE/TIME: 08-10-2019 0945
  UDC HEARING DATE/TIME: 08-12-2019 1220
  FACL/UDC/CHAIRPERSON.: BRO/H/L WINDHAM
  REPORT REMARKS.......: INMATE STATED THAT HE NEVER SAID HE WOULD NOT TAKE A BUN
                         KIE
     306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
          LP COMM    / 90 DAYS / CS
                   FROM: 07-28-2020  THRU: 10-25-2020
          COMP:     LAW:
  ------------------------------------------------------------------------------
  REPORT NUMBER/STATUS.: 3284065 - SANCTIONED INCIDENT DATE/TIME: 07-26-2019 1430
  DHO HEARING DATE/TIME: 07-30-2019 1400
  FACL/CHAIRPERSON.....: BRO/GONZALEZ
  REPORT REMARKS.......: INMATE DENIED CHARGE.  INMATE HAD NO CELLMATE. GREATER
                         WEIGHT OF EVIDENCE. INMATE FOUND GUILTY.
     113  POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI: DDC
          DIS GCT    / 41 DAYS / CS
          COMP:010 LAW:P   TO DETER FUTURE BEHAVIOR
          DS         / 40 DAYS / CS
                   FROM: 07-30-2019  THRU: 09-07-2019
          COMP:     LAW:    TO DETER FUTURE BEHAVIOR
          LP COMM    / 180 DAYS / CS
                   FROM: 01-30-2020  THRU: 07-27-2020
          COMP:     LAW:    TO DETER FUTURE BEHAVIOR
          LP PHONE   / 180 DAYS / CS
                   FROM: 07-30-2019  THRU: 01-25-2020
          COMP:     LAW:    TO DETER FUTURE BEHAVIOR
  ------------------------------------------------------------------------------
  REPORT NUMBER/STATUS.: 3216213 - SANCTIONED INCIDENT DATE/TIME: 12-26-2018 1312
  DHO HEARING DATE/TIME: 01-30-2019 1105           DHO REPT DEL: 04-10-2019 1310
  FACL/CHAIRPERSON.....: BRO/K. HAMPTON
  REPORT REMARKS.......: BASED ON THE GRTR WGT OF EVID THE DHO FINDS
                         I/M GUILTY OF CODE 112.
     112  USE OF DRUGS/ALCOHOL - FREQ: 1 ATI: DDB
          DIS GCT    / 41 DAYS / CS
          COMP:010 LAW:P   IMPOSED TO DEMONSTRATE SERIOUSNESS OF OFFENSE
          DS         / 45 DAYS / CS
                   FROM: 02-17-2019  THRU: 04-02-2019
          COMP:     LAW:    IMPOSED TO DEMONSTRATE SERIOUSNESS OF OFFENSE
          IMPOUND    / 365 DAYS / CS
                   FROM: 01-30-2019  THRU: 01-29-2020
          COMP:     LAW:    IMPOSED TO DEMONSTRATE SERIOUSNESS OF OFFENSE




  G0002       MORE PAGES TO FOLLOW . . .
```

```
 FTDUG               *       INMATE DISCIPLINE DATA         *      06-11-2020
PAGE 002             *    CHRONOLOGICAL DISCIPLINARY RECORD  *      08:34:47

REGISTER NO: 69460-054 NAME..: ARAUJO, EDWIN
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 06-11-2020

DHO HEARING DATE/TIME: 01-30-2019 1105 REPORT 3216213 CONTINUED
        LP COMM    / 365 DAYS / CS
                    FROM: 01-30-2019  THRU: 01-29-2020
        COMP:    LAW:    IMPOSED TO DEMONSTRATE SERIOUSNESS OF OFFENSE
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3204514 - SANCTIONED INCIDENT DATE/TIME: 12-20-2018 1330
DHO HEARING DATE/TIME: 01-03-2019 1035         DHO REPT DEL: 02-06-2019 1303
FACL/CHAIRPERSON.....: BRO/K. HAMPTON
REPORT REMARKS.......: BASED ON GTR WGT OF EVIDENCE THE DHO FINDS
                       I/M GUILTY OF CODE 305. I/M DECLINED TO COMMENT.
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        DS         / 15 DAYS / CS / SUSPENDED 90 DAYS
        COMP:    LAW:    SANCTION IMPOSED TO EXPRESS THE SERIOUSNESS OF THE
                         & DETER FUTURE MISCONDUCT.
        LP PHONE   / 90 DAYS / CS
                    FROM: 01-03-2019  THRU: 04-02-2019
        COMP:    LAW:    SANCTION IMPOSED TO EXPRESS THE SERIOUSNESS OF THE
                         & DETER FUTURE MISCONDUCT.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3203417 - SANCTIONED INCIDENT DATE/TIME: 12-17-2018 1330
DHO HEARING DATE/TIME: 01-03-2019 1033         DHO REPT DEL: 02-06-2019 1303
FACL/CHAIRPERSON.....: BRO/K. HAMPTON
APPEAL CASE NUMBER(S): 969510
REPORT REMARKS.......: BASED ON GTR WGT OF EVIDENCE THE DHO FINDS
                       I/M GUILTY OF CODE 108. I/M DECLINED TO COMMENT.
   108  POSSESSING A HAZARDOUS TOOL - FREQ: 1 ATI: EYC RFP: D
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P  SANCTION IMPOSED TO EXPRESS THE SERIOUSNESS OF THE
                         & DETER FUTURE MISCONDUCT.
        DS         / 45 DAYS / CS
                    FROM: 01-03-2019  THRU: 02-16-2019
        COMP:    LAW:    SANCTION IMPOSED TO EXPRESS THE SERIOUSNESS OF THE
                         & DETER FUTURE MISCONDUCT.
        LP VISIT   / 180 DAYS / CS
                    FROM: 01-03-2019  THRU: 07-01-2019
        COMP:    LAW:    SANCTION IMPOSED TO EXPRESS THE SERIOUSNESS OF THE
                         & DETER FUTURE MISCONDUCT.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3048089 - SANCTIONED INCIDENT DATE/TIME: 10-24-2017 1015
UDC HEARING DATE/TIME: 10-25-2017 1100
FACL/UDC/CHAIRPERSON.: BRO/H/DEMOSTHENE
REPORT REMARKS.......: NO COMMENT
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP EMAIL   / 90 DAYS / CS
        COMP:    LAW:    UNTIL 01-24-2018


G0002        MORE PAGES TO FOLLOW . . .
```

```
     FTDUG              *      INMATE DISCIPLINE DATA        *       06-11-2020
    PAGE 003            *   CHRONOLOGICAL DISCIPLINARY RECORD *       08:34:47

    REGISTER NO: 69460-054 NAME..: ARAUJO, EDWIN
    FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 06-11-2020

    UDC HEARING DATE/TIME: 10-25-2017 1100 REPORT 3048089 CONTINUED
       307   REFUSING TO OBEY AN ORDER - FREQ: 1
             LP COMM    / 90 DAYS / CS / SUSPENDED 180 DAYS
             COMP:    LAW:   PENDING CLEAR CONDUCT UNTIL 04-24-2018
    ------------------------------------------------------------------------------
    REPORT NUMBER/STATUS.: 2728537 - SANCTIONED INCIDENT DATE/TIME: 06-13-2015 1414
    DHO HEARING DATE/TIME: 07-07-2015 0725         DHO REPT DEL: 07-15-2015 0645
    FACL/CHAIRPERSON.....: BRO/GARCIA D
    APPEAL CASE NUMBER(S): 829637
    REPORT REMARKS.......: OBSVD THRU CAMERA BENDING DOWN OUTSIDE UNIT DOOR C/O
                           RECOVERED WHITE PAPER W GREEN SUB TESTED POS 4 MARIJUNA
       113   POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI: DDC
             DIS GCT    / 40 DAYS / CS
             COMP:000 LAW:    DIALLOW WHEN AVAIL
             DS         / 75 DAYS / CS
             COMP:    LAW:    UNTIL 9/19/15
             IMPOUND    / 120 DAYS / CS
             COMP:    LAW:    7/7/15-11/7/15
             LP COMM    / 1 YEARS / CS
             COMP:    LAW:    7/7/15-7/6/16
             LP VISIT   / 1 YEARS / CS
             COMP:    LAW:    7/7/15-7/6/16
             LP VISITRS / 1 YEARS / CS
             COMP:    LAW:    7/7/16-7/6/17 VISIT WITH IMMEDIATE FAMILY ONLY
                              TO FOLLOW VISIT SUSPENSION
    ------------------------------------------------------------------------------
    REPORT NUMBER/STATUS.: 2690578 - SANCTIONED INCIDENT DATE/TIME: 03-06-2015 1000
    DHO HEARING DATE/TIME: 03-19-2015 0725
    FACL/CHAIRPERSON.....: BRO/GARCIA D
    REPORT REMARKS.......: FOUND WITH USB CORD FROM DISCOVERY HARD DRIVE FROM
                           LAW LIBRARY
       226   POSSESSING STOLEN PROPERTY - FREQ: 1
             DS         / 20 DAYS / CS
             COMP:    LAW:    UNTIL 4/22/15 CONSECUTIVE DS TIME
             IMPOUND    / 90 DAYS / CS
             COMP:    LAW:    3/19/15-6/16/15
             LP COMM    / 180 DAYS / CS
             COMP:    LAW:    3/19/15-9/14/15
             LP MPLAYER / 180 DAYS / CS
             COMP:    LAW:    3/19/15-9/14/15




    G0002        MORE PAGES TO FOLLOW . . .
```

```
 FTDUG              *        INMATE DISCIPLINE DATA         *       06-11-2020
PAGE 004 OF 004  *      CHRONOLOGICAL DISCIPLINARY RECORD   *        08:34:47

REGISTER NO: 69460-054 NAME..: ARAUJO, EDWIN
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 06-11-2020

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2690577 - SANCTIONED INCIDENT DATE/TIME: 03-06-2015 1000
DHO HEARING DATE/TIME: 03-19-2015 0720
FACL/CHAIRPERSON.....: BRO/GARCIA D
REPORT REMARKS.......: REFUSED ORDER/DENIES
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         DS            / 15 DAYS / CS
         COMP:    LAW:    UNTIL 4/22/15 CONSECUTIVE DS TIME
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2617158 - SANCTIONED INCIDENT DATE/TIME: 08-14-2014 0945
UDC HEARING DATE/TIME: 08-18-2014 1420
FACL/UDC/CHAIRPERSON.: BRO/H/L WINDHAM
APPEAL CASE NUMBER(S): 793096
REPORT REMARKS.......: I DIDN'T DO ANYTHING
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP PHONE    / 90 DAYS / CS
         COMP:    LAW:
    330  BEING UNSANITARY OR UNTIDY - FREQ: 1
         LP EMAIL    / 90 DAYS / CS
         COMP:    LAW:




 G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```