USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN ARAUJO,<br><br>                          Movant,<br><br>        -against-<br><br>UNITED STATES OF AMERICA,<br><br>                          Respondent. | 22-CV-4056 (VEC)<br><br>17-CR-0438-10 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Araujo filed a motion under 28 U.S.C. § 2255 on May 16, 2022, Dkt. 1 (22-cv-4056), Dkt. 700 (17-cr-438);

WHEREAS on September 30, 2022, the Government filed its opposition to the motion, *see* Dkt. 723 (17-cr-438); and

WHEREAS Mr. Araujo's deadline to reply to the Government's opposition was October 30, 2022, *see* Order, Dkt. 5 (22-cv-4056), Dkt. 704 (17-cr-438).

IT IS HEREBY ORDERED that Mr. Araujo's deadline to respond to the Government is ADJOURNED to **December 31, 2022**.  If Mr. Araujo fails to respond, the Court will deem his motion fully briefed.  The Clerk of Court is respectfully directed to mail a copy of this Order, as well as the Government's opposition filed in 17-cr-438, to the Petitioner and note the mailing on the docket.

SO ORDERED.

**Dated:    November 21, 2022**
**              New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**