USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN ARAUJO,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

22-CV-4056 (VEC)

17-CR-0438-10 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 16, 2022, Mr. Araujo filed a motion under 28 U.S.C. § 2255, Dkt. 1 (22-cv-4056), Dkt. 700 (17-cr-438);

WHEREAS on September 30, 2022, the Government filed its opposition to the motion, *see* Dkt. 723 (17-cr-438);

WHEREAS Mr. Araujo's deadline to reply to the Government's opposition was October 30, 2022, *see* Order, Dkt. 5 (22-cv-4056), Dkt. 704 (17-cr-438);

WHEREAS on November 21, 2022, the Court *sua sponte* extended Mr. Araujo's deadline to reply to December 31, 2022, *see* Dkt. 746; and

WHEREAS the Court has not received a reply from Mr. Araujo.

IT IS HEREBY ORDERED that the Court deems Mr. Araujo's motion fully briefed.  The Clerk of Court is respectfully directed to mail a copy of this Order to the Petitioner and note the mailing on the docket.

**SO ORDERED**.

Dated: January 11, 2023
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**